IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>    Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>    Defendant. | Civil Action No. 04-CV-1374 (SLR) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael J. Puma to represent Defendant Mothers Work, Inc. in this matter.

Signed: _____
MICHAEL P. KELLY
Delaware State Bar # 2295
McCarter & English
919 North Market Street
Suite 1800
Wilmington, DE 19899
Phone: (302) 984-6301
Fax: (302) 984-6399

Attorney for Defendant Mothers Work, Inc.