IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>      Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>      Defendant. | Civil Action No. 04-CV-1374 (SLR) |

**ATTORNEY CERTIFICATION OF MICHAEL J. PUMA
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5, Michael J. Puma certifies:

1. I am an Associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Defendant Mothers Work, Inc., in the above-captioned matter. I practice in Morgan, Lewis & Bockius LLP's office in Philadelphia, Pennsylvania. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor I am regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to practice before the United States District Courts for the Southern District of New York, Eastern District of New York, Western District of New York, and District of Connecticut. I am not under suspension or disbarment in any court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

4.  Michael P. Kelly, McCarter & English, 919 North Market Street, Suite 1800, Wilmington, DE 19899, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

5.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

February 28, 2005

_____
MICHAEL J. PUMA