IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOTHERS WORK, INC.,<br><br>　　　　Defendant. | Civil Action No. 04-CV-1374 (SLR) |

## ORDER

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice for Michael J. Puma is GRANTED.

_____
Sue L. Robinson, U.S.D.J.