IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>    Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>    Defendant. | Civil Action No. 04-CV-1374 (SLR) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion for Admission *Pro Hac* Vice of Michael J. Puma was served electronically on this 7th day of March, 2005 upon the following:

> Noel E. Primos
> Schmittinger & Rodriguez, P.A.
> 414 S State St.
> P.O. Box 497
> Dover, DE  19903

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
Michael P. Kelly (Del. Bar I.D. #2295)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6300
Attorneys for Defendant