IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>　　Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>　　Defendant. | Civil Action No. 04-CV-1374 (SLR) |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Defendant Mothers Work, Inc. in the above-captioned matter.

Dated: March 1, 2005

Respectfully Submitted,

_____
JENNIFER M. WELDING
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5473


McCARTER & ENGLISH, LLP

_____
Michael P. Kelly (Del. Bar I.D. #2295)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2005, a copy of the foregoing Withdrawal of Appearance of Jennifer M. Welding was served electronically on the following:

Noel E. Primos, Esquire
Schmittinger & Rodriguez
414 South State Street
P.O. Box 497
Dover, DE 19903

Michael P. Kelly (#2295)