IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>    Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>    Defendant. | Civil Action No. 04-CV-1374 |

## NOTICE OF DEPOSITION OF PLAINTIFF PAMELA GRAEBER

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the District of Delaware, counsel for Defendant Mothers Work, Inc. ("Mothers Work") will take the deposition upon oral examination of Pamela Graeber before a Notary Public or some other officer or person authorized to administer oaths, and which will be held at the offices of McCarter & English, 919 North Market Street, Wilmington, DE, on May 12, 2005 at 9:30 a.m., and continuing from day to day thereafter until completed.

McCARTER & ENGLISH, LLP

_____
Michael P. Kelly (Del. Bar I.D. #2295)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant

Of Counsel:
Edward S. Mazurek*
Michael J. Puma*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
*admitted pro hac vice

Dated: March 18, 2005