## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2005, a copy of the foregoing Notice of Deposition of Plaintiff Pamela Graeber was served electronically upon the following:

>Noel E. Primos
>Schmittinger & Rodriguez, P.A.
>414 S State St.
>P.O. Box 497
>Dover, DE 19903

>McCARTER & ENGLISH, LLP
>
>_/s/ Michael P. Kelly_
>Michael P. Kelly (Del. Bar I.D. #2295)
>919 North Market Street, Suite 1800
>P.O. Box 111
>Wilmington, DE 19899
>(302) 984-6300
>Attorneys for Defendant

WL1: 103765.01