IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>    Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>    Defendant. | Civil Action No. 04-CV-1374 (SLR) |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2005, two copies of Defendant's First Set of Interrogatories were served by first-class, postage prepaid, mail, upon the following:

> Noel E. Primos
> Schmittinger & Rodriguez, P.A.
> 414 S State St.
> P.O. Box 497
> Dover, DE  19903

McCARTER & ENGLISH, LLP

_____
Michael P. Kelly (Del. Bar I.D. #2295)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6300
Attorneys for Defendant

Of Counsel:
Edward S. Mazurek*
Michael J. Puma*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000
*admitted pro hac vice

WL1: 103794.01