IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>Defendant. | Civil Action No. 04-CV-1374 (SLR) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2005, two copies of Defendant's First Request for Production of Documents were served by first-class, postage prepaid, mail, upon the following:

        Noel E. Primos
        Schmittinger & Rodriguez, P.A.
        414 S State St.
        P.O. Box 497
        Dover, DE  19903

        McCARTER & ENGLISH, LLP

        _/s/ Michael P. Kelly_
        Michael P. Kelly (Del. Bar I.D. #2295)

Of Counsel:
Edward S. Mazurek*
Michael J. Puma*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000
*admitted pro hac vice

919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6300
Attorneys for Defendant

WL1: 103792.01