## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2005, a copy of the foregoing Second Notice of Deposition of Plaintiff Pamela Graeber was served electronically upon the following:

        Noel E. Primos
        Schmittinger & Rodriguez, P.A.
        414 S State St.
        P.O. Box 497
        Dover, DE 19903

        McCARTER & ENGLISH, LLP

        /s/ Michael P. Kelly
        Michael P. Kelly (Del. Bar I.D. #2295)
        919 North Market Street, Suite 1800
        P.O. Box 111
        Wilmington, DE 19899
        (302) 984-6300
        Attorneys for Defendant

WL1: 104073.01