IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAMELA R. GRAEBER, | * | C.A. No. 04-1374-SLR |
| Plaintiff, | * | |
| v. | * | |
| MOTHERS WORK, INC., | * | |
| Defendant. | * | |

### NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

and

**PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

to be served upon:   MICHAEL P. KELLY, ESQUIRE
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE   19899

by mailing copies to him at his address listed above, postage prepaid, on ___May 5___, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 5-5-05
NEP:pmw