IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>Defendant. | Civil Action No. 04-CV-1374 |

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the deposition of Kimberly Gallagher, M.D. will take place on June 20, 2005 at 10:00 a.m. in the offices of Morgan, Lewis & Bockius, 1701 Market Street, Philadelphia, Pennsylvania. Deponent is to bring all documents listed on Attachment A. **PERSONAL APPEARANCE IS WAIVED IF RESPONSIVE DOCUMENTS ARE RECEIVED ON OR BEFORE JUNE 20, 2005.**

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
Michael P. Kelly (Del. Bar I.D. #2295)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant

Of Counsel:
Edward S. Mazurek*
Michael J. Puma*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
*admitted pro hac vice

Dated: June 15, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2005, a copy of the foregoing Notice of Records Deposition was served electronically upon the following:

>Noel E. Primos
>Schmittinger & Rodriguez, P.A.
>414 S State St.
>P.O. Box 497
>Dover, DE  19903

>McCARTER & ENGLISH, LLP

>/s/ Michael P. Kelly
>Michael P. Kelly (Del. Bar I.D. #2295)
>919 North Market Street, Suite 1800
>P.O. Box 111
>Wilmington, DE  19899
>(302) 984-6300
>Attorneys for Defendant

WL1: 107663.01