## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PAMELA R. GRAEBER,**<br><br>Plaintiff,<br><br>v.<br><br>**MOTHERS WORK, INC.,**<br><br>Defendant. | Civil Action No. 04-CV-1374 |

### NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the deposition of the Records Custodian of Bayhealth

Medical Center, will take place on June 20, 2005 at 10:00 a.m. in the offices of Morgan, Lewis &

Bockius, 1701 Market Street, Philadelphia, Pennsylvania.  Deponent is to bring all documents

listed on Attachment A.  **PERSONAL APPEARANCE IS WAIVED IF RESPONSIVE DOCUMENTS ARE**

**RECEIVED ON OR BEFORE JUNE 20, 2005.**

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
_____

Of Counsel:                                        Michael P. Kelly (Del. Bar I.D. #2295)
Edward S. Mazurek*                            919 North Market Street, Suite 1800
Michael J. Puma*                                 P.O. Box 111
MORGAN, LEWIS & BOCKIUS LLP      Wilmington, DE  19899
1701 Market Street                               (302) 984-6300
Philadelphia, PA  19103-2921             Attorneys for Defendant
(215) 963-5000
*admitted pro hac vice*

Dated:  June 15, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2005, a copy of the foregoing Notice

of Records Deposition was served electronically upon the following:

> Noel E. Primos
> Schmittinger & Rodriguez, P.A.
> 414 S State St.
> P.O. Box 497
> Dover, DE  19903

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
Michael P. Kelly (Del. Bar I.D. #2295)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6300
Attorneys for Defendant

WL1: 107657.01