IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br>Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br>Defendant. | Civil Action No. 04-CV-1374 |

### STIPULATION TO MODIFY SCHEDULING ORDER

It is hereby STIPULATED AND AGREED by and between the parties that:

1) The date for the completion of fact discovery shall be extended from July 1, 2005, to September 1, 2005.

2) The date for any party to file a dispositive motion shall be extended from August 1, 2005, to September 23, 2005.

3) The presently scheduled October 31, 2005 trial date shall be adjourned until a later date to be determined by the Court.

SCHMITTEINGER & RODRIGUEZ, P.A.

By: _____
Noel E. Primos, Esq.
414 S State St.
P.O. Box 497
Dover, Delaware 19903

Counsel for Plaintiff Pamela Graeber

1
1-PH/2182060.1

MCCARTER & ENGLISH

By: /s/ Michael P. Kelly
Michael P. Kelly (DE Bar # 2295)
919 North Market Street
Suite 1800
Wilmington, DE 19899

MORGAN, LEWIS & BOCKIUS LLP
Edward S. Mazurek (admitted *pro hac vice*)
Michael J. Puma (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921

Counsel for Defendant Mothers Work, Inc.

SO ORDERED THIS ____ day of _____, 2005.

_____
Honorable Sue L. Robinson