IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>  Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>  Defendant. | Civil Action No. 04-CV-1374 |

### THIRD NOTICE OF DEPOSITION OF PLAINTIFF PAMELA GRAEBER

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the District of Delaware, counsel for Defendant Mothers Work, Inc. ("Mothers Work") will take the deposition upon oral examination of Pamela Graeber before a Notary Public or some other officer or person authorized to administer oaths, and which will be held at the offices of McCarter & English, 919 North Market Street, Wilmington, DE, on August 16, 2005 at 10:00 a.m., and continuing from day to day thereafter until completed.

Dated: July 14, 2005

Michael P. Kelly
Delaware State Bar # 2295
McCarter & English
919 North Market Street
Suite 1800
Wilmington, DE 19899
Phone: (302) 984-6301
Fax: (302) 984-6399

Of Counsel:
Edward S. Mazurek*
Michael J. Puma*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: (215) 963.5000
Fax: (215) 963.5001
*admitted pro hac vice

Attorneys for Defendant

1-PH/2253564.1