**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Deposition of Plaintiff Pamela Graeber was served via first-class mail, postage prepaid, on this 14th day of July, 2005, upon the following:

> Noel E. Primos
> Schmittinger & Rodriguez, P.A.
> 414 S State St.
> P.O. Box 497
> Dover, DE 19903
>
> Plaintiff's Counsel

MICHAEL P. KELLY