UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>    Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>    Defendant. | Civil Action No. 04-CV-1374 |

## NOTICE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Responses and Objections of Defendant to Plaintiff's First Set of Interrogatories was served via first-class mail, postage prepaid, on this 15th day of July, 2005, upon the following:

    Noel E. Primos
    Schmittinger & Rodriguez, P.A.
    414 S State St.
    P.O. Box 497
    Dover, DE 19903

                                                   _____ for
                                                   Michael P. Kelly (DE State Bar #2295)
                                                   McCarter & English
                                                   919 North Market Street
                                                   Suite 1800
                                                   Wilmington, DE 19899
                                                   Phone: (302) 984-6301
                                                   Fax: (302) 984-6399

                                                   Of Counsel:
                                                   Edward S. Mazurek*
                                                   Michael J. Puma*
                                                   MORGAN, LEWIS & BOCKIUS LLP
                                                   1701 Market Street
                                                   Philadelphia, PA 19103-2921
                                                   Phone: (215) 963.5000
                                                   Fax: (215) 963.5001
                                                   *admitted pro hac vice*

                                                   Attorneys for Defendant