# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **PAMELA R. GRAEBER,** | |
| Plaintiff, | |
| v. | Civil Action No. 04-CV-1374 |
| **MOTHERS WORK, INC.,** | |
| Defendant. | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Responses and Objections of Defendant to Plaintiff's First Request for Production of Documents was served via first-class mail, postage prepaid, on this 15th day of July, 2005, upon the following:

Noel E. Primos
Schmittinger & Rodriguez, P.A.
414 S State St.
P.O. Box 497
Dover, DE 19903

Michael P. Kelly (DE State Bar ID #2295)
McCarter & English
919 North Market Street
Suite 1800
Wilmington, DE 19899
Phone: (302) 984-6301
Fax: (302) 984-6399

Of Counsel:
Edward S. Mazurek*
Michael J. Puma*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: (215) 963.5000
Fax: (215) 963.5001
*admitted pro hac vice

Attorneys for Defendant