IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAMELA R. GRAEBER, | * | C.A.: 04-CV-1374 (SLR) |
| Plaintiff, | * | |
| v. | * | TRIAL BY JURY DEMANDED |
| MOTHERS WORK, INC., | * | |
| Defendant. | * | |

## NOTICE OF DEPOSITIONS

TO: MICHAEL J. PUMA, ESQUIRE  
Morgan, Lewis & Bockius, LLP  
1701 Market Street  
Philadelphia, PA 19103-2921

MICHAEL P. KELLY, ESQUIRE  
McCarter & English, LLP  
919 North Market Street, Suite 1800  
P.O. Box 111  
Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of

**Cheryl Trosino** on Thursday, August 18, 2005 beginning at 10:00 a.m.,

**Jennifer Stoudt** on Thursday, August 18, 2005 beginning at 12:30 a.m. and

**Gloria Dexter-Moucheron** on Thursday, August 18, 2005 beginning at 3:00 p.m. at the law offices of Schmittinger & Rodriguez, P.A., 410 S. State Street, Dover, DE 19901.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____  
NOEL E. PRIMOS  
Bar I.D. # 3124  
414 S. State Street  
P.O. Box 497  
Dover, DE 19903  
(302)674-0140  
Attorney for Plaintiff

DATED: 7-18-05

cc: Cheryl Anthony, Court Reporter