## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

**Notice of Depositions of Cheryl Trosino, Jennifer Stoudt and Gloria Dexter-Moucheron**

to be served upon:

Michael P. Kelly, Esquire
McCarter & English, LLP
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

via electronic service on July 18th, 2005

Michael J. Puma, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

via facsimile on July 18th, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar I.D. # 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302)674-0140
Attorney for Plaintiff

NEP:lmm