IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOTHERS WORK, INC.,<br><br>　　　　Defendant. | Civil Action No. 04-CV-1374 |

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the deposition of the Records Custodian of Roly Poly will take place on August 5, 2005 at 10:00 a.m. in the offices of McCarter & English, 919 North Market Street, Suite 1800, P.O. Box 111, Wilmington, Delaware. Deponent is to bring all documents listed on Attachment A. **PERSONAL APPEARANCE IS WAIVED IF RESPONSIVE DOCUMENTS ARE RECEIVED ON OR BEFORE AUGUST 5, 2005.**

　　　　　　　　　　　　　　　　　　　　　　McCARTER & ENGLISH, LLP

Of Counsel:
Edward S. Mazurek*
Michael J. Puma*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
*admitted pro hac vice

/s/ Michael P. Kelly
Michael P. Kelly (Del. Bar I.D. #2295)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant

Dated: July 19, 2005

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2005, a copy of the foregoing Notice of Records Deposition of the Records Custodian of Roly Poly was served electronically upon the following:

> Noel E. Primos
> Schmittinger & Rodriguez, P.A.
> 414 South State Street
> P.O. Box 497
> Dover, DE 19903

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
Michael P. Kelly (Del. Bar I.D. #2295)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant

WL1: 108846.01