## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1374-SLR |
| MOTHERS WORK, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **26th** day of **July, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, August 25, 2005 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the matter and the mediation scheduled for **Friday, September 9, 2005 at 10:00 a.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE