# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>    Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>    Defendant. | Civil Action No. 04-CV-1374 |

### STIPULATION REGARDING DAMAGES

It is hereby STIPULATED AND AGREED by and between the parties that Plaintiff Pamela Graeber is not seeking in this action, and shall not recover in this action, any damages for emotional distress, physical pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, or any other non-pecuniary losses.

By: *Pamela L. Graeber*
    Pamela Graeber

Plaintiff


SCHMITTEINGER & RODRIGUEZ, P.A.

By: _____
    Noel E. Primos, Esq.
414 S State St.
P.O. Box 497
Dover, Delaware 19903

Counsel for Plaintiff Pamela Graeber

1-PH/2182060.1

MCCARTER & ENGLISH

By: _____
Michael P. Kelly (DE Bar # 2295)
919 North Market Street
Suite 1800
Wilmington, DE 19899

MORGAN, LEWIS & BOCKIUS LLP
Edward S. Mazurek (admitted *pro hac vice*)
Michael J. Puma (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921

Counsel for Defendant Mothers Work, Inc.