## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1374-SLR |
| MOTHERS WORK, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **7th** day of **September, 2005**,

IT IS ORDERED that the mediation scheduled for Friday, September 9, 2005 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE