IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA R. GRAEBER,<br><br>  Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC.,<br><br>  Defendant. | Civil Action No. 04-CV-1374 |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that all claims filed against Defendant Mothers Work, Inc. in the above-captioned action are hereby dismissed with prejudice, with the Plaintiff and Defendant to bear their own costs.

SCHMITTINGER & RODRIGUEZ, P.A.

By: _____
  Noel E. Primos
414 S State St.
P.O. Box 497
Dover, Delaware 19903

Counsel for Plaintiff Pamela Graeber

MCCARTER & ENGLISH

By: _____
  Michael P. Kelly
919 North Market Street
Suite 1800
Wilmington, DE 19899

MORGAN, LEWIS & BOCKIUS LLP
Edward S. Mazurek (admitted *pro hac vice*)
Michael J. Puma (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921

Counsel for Defendant Mothers Work, Inc.

**SO ORDERED:**

_____
U.S.D.J.